# United States Court of Appeals

### For the Eighth Circuit

_____

No. 19-2384

_____

Sakima Iban Salih El Bey

*Plaintiff - Appellant*

v.

Johnson, Officer, West Memphis Police Department; McElroy, Officer, West Memphis Police Department; West Memphis Police Department; Arkansas, State of; Asa Hutchinson; Does, Congress of Arkansas House of Representatives and Congress of Arkansas Senate

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: December 16, 2019
Filed: December 19, 2019
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Sakima Iban Salih El Bay appeals the district court's[1] preservice dismissal of his complaint seeking declaratory, injunctive, and monetary relief following his Arkansas arrest and subsequent convictions for driving on a suspended license and careless and prohibited driving. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

This court concludes that the district court properly dismissed the complaint because Salih El Bay's convictions have not been reversed and a judgment in his favor would necessarily call their validity into question. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo review of § 1915(e)(2)(B) dismissal for failure to state a claim); *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994).

The judgment is affirmed. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable D. P. Marshall, Jr., Chief Judge, United States District Court for the Eastern District of Arkansas.